**STATE of Missouri,
Plaintiff–Respondent,**

v.

**James McKEE, Defendant–Appellant.**

**No. 56552.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 27, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 28, 1990.

Application to Transfer Denied
May 15, 1990.

Michael D. Burton, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

**ORDER**

PER CURIAM.

Defendant, James McKee, appeals from his conviction, after a jury trial, of possession of cocaine, a schedule II controlled

substance. He was sentenced as a prior, persistent, class X offender to a term of imprisonment of five years, consecutive to other sentences he had received on other convictions.

No jurisprudential purpose would be served by a written opinion in this case. The conviction of defendant is affirmed. Rule 30.25(b).